# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE, LESLIE CRUZ, MATTHEW DRAKE, WAYNE FULLER, EUN JEONG OH, SARAH PHILLIPS, ANTHONY WHITE, ROBERT "TOD" LERNER, JENNIFER TALLEY, JONATHAN DELOACH, and JASON BROWN, <br><br>　　　Plaintiffs, <br><br>v. <br><br>GLOVIS GEORGIA, LLC, <br><br>　　　Defendant. | Case No. 1:13-CV-3514-ODE |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

*I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.*

*** SIGNATURES ON FOLLOWING PAGE ***

2946713.1

SO STIPULATED, this 3rd day of July, 2014.

CONSTANGY, BROOKS & SMITH, LLP

/s/ William M. Clifton III
WILLIAM M. CLIFTON, III
Georgia Bar No. 170176
ALYSSA K. PETERS
Georgia Bar No. 455211

Counsel for Defendant

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
FAX (478) 750-8686

DELONG CALDWELL BRIDGERS
& FITZPATRICK, LLC

/s/ Michael A. Caldwell
MICHAEL A. CALDWELL
Georgia Bar No. 102775
CHARLES R. BRIDGERS
Georgia Bar No. 080791
EARNEST H. DELONG
Georgia Bar No. 217300

Counsel for Plaintiffs

3100 Centennial Tower
101 Marietta St.
Atlanta, GA 30303
(404) 979-3150
FAX (404) 979-3170
michaelcaldwell@dcbflegal.com
charlesbridgers@dcbflegal.com
woodydelong@dcbflegal.com

2946713.1